**EXHIBIT A**

**FLAVA WORKS, INC V. BLACK RAYNE PRODUCTIONS, INC, ET AL**



(https://vod.breeditraw.net/)

**HOME (HTTPS://VOD.BREEDITRAW.NET/)** | **PHOTOS (HTTPS://VOD.BREEDITRAW.NET/CATEGORIES/PHOTOS/1/LATEST/)**
**VIDEOS (HTTPS://VOD.BREEDITRAW.NET/CATEGORIES/MOVIES/1/LATEST/)**
**MODELS (HTTPS://VOD.BREEDITRAW.NET/MODELS/1/POPULAR/)**
**DVDS (HTTPS://VOD.BREEDITRAW.NET/DVDS/DVDS.HTML)**



## ABOUT ARQUEZ

Rating: 4.2/5.0

Arquez the dancer, director, model, porn star and business man. He is a beautiful man to look at. His body is tight, his ⬛ is right and his vids will take you there. Check him out alongside Ace Rockwood and the DVD Title: Stress Relief

## STATS

HEIGHT: 6'1
⬛ SIZE: 9
WEIGHT: 175
SEXUAL POSITION: VERSATILE
⬛
AGE: 30

### Comments

NO COMMENTS WERE ADDED! BE THE FIRST ONE!

**Submit your comment**

Write a Comment...

Submit

## ARQUEZ UPDATES

Be the first to know about our about our promos & discounts:

Email

SUBSCRIBE

Home (https://vod.breeditraw.net/) | Photos (https://vod.breeditraw.net/categories/photos/1/latest/) | Videos (https://vod.breeditraw.net/categories/movies/1/latest/) | Models (https://vod.breeditraw.net/models/1/popular/) | Blog (https://vod.breeditraw.net/blog/blog.html) | DVDs (https://vod.breeditraw.net/dvds/dvds.html) | Customer Support (https://support.ccbill.com/) | Become a Model (/tour/application/)

© 2017 Welcome To BreedItRaw.net. All Rights Reserved - All models are at least 18 years of age
18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement In compliance with the Federal Labeling and Record-Keeping Law (also known as 18 U.S.C. 2257), all models located within our domain were 18 years of age or older during the time of photography. All models' proof of age is held by the custodian of records, which is listed below, organized by producer. All content and images are in full compliance with the requirements of 18 U.S.C. 2257 and associated regulations. Custodian of Records: C. Wright 160 Clairemont Ave Decatur, GA 30030 USA 866-398-9177 info@blackrayneproductions.net (/2257.html)



(https://vod.breeditraw.net/)

**HOME (HTTPS://VOD.BREEDITRAW.NET/)** **PHOTOS (HTTPS://VOD.BREEDITRAW.NET/CATEGORIES/PHOTOS/1/LATEST/)**
**VIDEOS (HTTPS://VOD.BREEDITRAW.NET/CATEGORIES/MOVIES/1/LATEST/)**
**MODELS (HTTPS://VOD.BREEDITRAW.NET/MODELS/1/POPULAR/)**
**DVDS (HTTPS://VOD.BREEDITRAW.NET/DVDS/DVDS.HTML)**

(http://twitter.com/blackrawdynepro) (https://facebook.com/blackraynepro) (http://instagram.com/blackraynepro) (http://blackraynepro.tumblr.com)



## ABOUT DAY DAY
Rating: 4.0/5.0

## STATS
HEIGHT: 5'7  
SIZE: 10  
WEIGHT: 150  
POSITION: VERSATILE  
AGE: 24

### Comments

NO COMMENTS WERE ADDED! BE THE FIRST ONE!

Submit your comment

Write a Comment...

Submit

## DAY DAY UPDATES



24:15   2017-03-27
(https://vod.breeditraw.net/scenes/Cali-Dayday_vids.html)

Be the first to know about our about our promos & discounts:   Email   SUBSCRIBE

Home (https://vod.breeditraw.net/) | Photos (https://vod.breeditraw.net/categories/photos/1/latest/) | Videos (https://vod.breeditraw.net/categories/movies/1/latest/) | Models (https://vod.breeditraw.net/models/1/popular/) | Blog (https://vod.breeditraw.net/blog/blog.html) | DVDs (https://vod.breeditraw.net/dvds/dvds.html) | Customer Support (https://support.ccbill.com/) | Become a Model (/tour/application/)

© 2017 Welcome To BreedItRaw.net. All Rights Reserved - All models are at least 18 years of age

18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement In compliance with the Federal Labeling and Record-Keeping Law (also known as 18 U.S.C. 2257), all models located within our domain were 18 years of age or older during the time of photography. All models' proof of age is held by the custodian of records, which is listed below, organized by producer. All content and images are in full compliance with the requirements of 18 U.S.C. 2257 and associated regulations. Custodian of Records: C. Wright 160 Clairemont Ave Decatur, GA 30030 USA 866-398-9177 info@blackrayneproductions.net (/2257.html)

FAQ (https://vod.breeditraw.net/faq.html) | Calendar (https://vod.breeditraw.net/calendar/) | Login (login.php) | Register (register.php) |     0 (odcart.php)



(https://vod.breeditraw.net/)

HOME (HTTPS://VOD.BREEDITRAW.NET/)    PHOTOS (HTTPS://VOD.BREEDITRAW.NET/CATEGORIES/PHOTOS/1/LATEST/)
VIDEOS (HTTPS://VOD.BREEDITRAW.NET/CATEGORIES/MOVIES/1/LATEST/)
MODELS (HTTPS://VOD.BREEDITRAW.NET/MODELS/1/POPULAR/)
DVDS (HTTPS://VOD.BREEDITRAW.NET/DVDS/DVDS.HTML)

(https://twitter.com/blackrayneprod) (https://facebook.com/blackrayneprod) (https://www.instagram.com/blackrayneprod/) (http://siftery.com/blackrayneprod/) (http://blackrayneprod.tumblr.com)



## ABOUT KEMANCHEO

Rating: 4.0/5.0

---

## STATS

### Comments

NO COMMENTS WERE ADDED! BE THE FIRST ONE!

### Submit your comment

Write a Comment...

Submit

---

## KEMANCHEO UPDATES

https://vod.breeditraw.net/models/Kemancheo.html

(https://vod.breeditraw.net/scenes/Kemancheo-Trelle_vids.html)

Be the first to know about our about our promos & discounts:   Email   SUBSCRIBE

Home (https://vod.breeditraw.net/) | Photos (https://vod.breeditraw.net/categories/photos/1/latest/) | Videos (https://vod.breeditraw.net/categories/movies/1/latest/) | Models (https://vod.breeditraw.net/models/1/popular/) | Blog (https://vod.breeditraw.net/blog/blog.html) | DVDs (https://vod.breeditraw.net/dvds/dvds.html) | Customer Support (https://support.ccbill.com/) | Become a Model (/tour/application/)

© 2017 Welcome To BreedItRaw.net. All Rights Reserved - All models are at least 18 years of age

18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement In compliance with the Federal Labeling and Record-Keeping Law (also known as 18 U.S.C. 2257), all models located within our domain were 18 years of age or older during the time of photography. All models' proof of age is held by the custodian of records, which is listed below, organized by producer. All content and images are in full compliance with the requirements of 18 U.S.C. 2257 and associated regulations. Custodian of Records: C. Wright 160 Clairemont Ave Decatur, GA 30030 USA 866-398-9177 info@blackrayneproductions.net (/2257.html)