| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Adam Tracy, 6287552<br>The Tracy Firm, Ltd.<br>2100 Manchester Road, Suite 615<br>Wheaton, IL 60187 | (888) 611-7716 | |
| | Ref. No. or File No.<br>None | |
| ATTORNEY FOR (Name) Plaintiff | | |

Insert name of court, judicial district or branch court, if any:
**United States District Court, Northern District of Illinois**

PLAINTIFF:
Flava Works, Inc.

DEFENDANT:
Black Rayne Productions, Inc. XLR8 Media Group, et al.

| **NON SERVICE REPORT** | DATE: | TIME: | DEPT/DIV. | CASE NUMBER:<br>2017CV08102 |
|---|---|---|---|---|

I am and was on the dates herein mentioned a citizen of the United States, over 18 years of age and not a party to this action, and I received copies of the following:
Complaint, Exhibits A, Exhibits B, Summons

After due search, careful inquiry and diligent attempts at the following address(es), I have been unable to effect service of said process on:
Black Rayne Productions, Inc.
(1)Unknown: 160 Clairmont Ave, , Decatur, GA 30030

Process is being returned without service for the following reason(s):

On 12/9/2017 12:52:00 PM at address (1) above. Not Found. Party to Serve is unknown at this location.

Fee for Service: $ 53.95

Not a registered California process server.

12/19/2017
Frank Johnson
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signature: _Frank Johnson_

OL# 11565749

Scanned by CamScanner